Former order, 562 U.S. 817, 131 S. Ct. 410, 178 L. Ed. 2d 274, 2010 U.S. LEXIS 7635.

Former order, 562 U.S. 818, 131 S. Ct. 411, 178 L. Ed. 2d 275, 2010 U.S. LEXIS 7512.

**No. D-2569. In the Matter of Disbarment of Gary L. Edelson.**

563 U.S. 1031, 131 S. Ct. 2986, 180 L. Ed. 2d 267, 2011 U.S. LEXIS 4316.

June 6, 2011. Disbarment entered.

Former order, 562 U.S. 818, 131 S. Ct. 410, 178 L. Ed. 2d 274, 2010 U.S. LEXIS 7563.

**No. D-2574. In the Matter of Disbarment of Gary R. LeBlanc.**

563 U.S. 1031, 131 S. Ct. 2987, 180 L. Ed. 2d 267, 2011 U.S. LEXIS 4273.

June 6, 2011. Disbarment entered.

Former order, 562 U.S. 818, 131 S. Ct. 411, 178 L. Ed. 2d 275, 2010 U.S. LEXIS 7577.

**No. D-2571. In the Matter of Disbarment of James Edward Moyler, Jr.**

563 U.S. 1031, 131 S. Ct. 2987, 180 L. Ed. 2d 267, 2011 U.S. LEXIS 4222.

June 6, 2011. Disbarment entered.

Former order, 562 U.S. 818, 131 S. Ct. 411, 178 L. Ed. 2d 275, 2010 U.S. LEXIS 7610.

**No. D-2575. In the Matter of Disbarment of Navron Ponds.**

563 U.S. 1031, 131 S. Ct. 2987, 180 L. Ed. 2d 267, 2011 U.S. LEXIS 4322.

June 6, 2011. Disbarment entered.

Former order, 562 U.S. 819, 131 S. Ct. 412, 178 L. Ed. 2d 275, 2010 U.S. LEXIS 7522.

**No. D-2572. In the Matter of Disbarment of Robert Ray Stone, Jr.**

563 U.S. 1031, 131 S. Ct. 2987, 180 L. Ed. 2d 267, 2011 U.S. LEXIS 4321.

June 6, 2011. Disbarment entered.

Former order, 562 U.S. 818, 131 S. Ct. 411, 178 L. Ed. 2d 275, 2010 U.S. LEXIS 7534.

**No. D-2576. In the Matter of Disbarment of James Alan Malkus.**

563 U.S. 1031, 131 S. Ct. 2987, 180 L. Ed. 2d 267, 2011 U.S. LEXIS 4293.

June 6, 2011. Disbarment entered.

Former order, 562 U.S. 1039, 131 S. Ct. 628, 178 L. Ed. 2d 457, 2010 U.S. LEXIS 9023.

**No. D-2573. In the Matter of Disbarment of Stephen Lee McPherson.**

563 U.S. 1031, 131 S. Ct. 2987, 180 L. Ed. 2d 267, 2011 U.S. LEXIS 4228.

June 6, 2011. Disbarment entered.

**No. D-2578. In the Matter of Disbarment of David Edward Kronemyer.**

563 U.S. 1031, 131 S. Ct. 2987, 180 L. Ed. 2d 267, 2011 U.S. LEXIS 4224.

June 6, 2011. Disbarment entered.